**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAYTONA BEACH OCEANS TOWER, INC.,**
         **Plaintiff,**

-vs-                                                       **Case No. 6:07-cv-1146-Orl-31KRS**

**QBE INSURANCE CORPORATION,**
         **Defendant.**

## ORDER

This matter comes before the Court on the Amended Motion to Strike Plaintiff's Expert Witness (Doc. 38) filed by the Defendant, QBE Insurance Corporation ("QBE"), and the response (Doc. 42) filed by the Plaintiff, Daytona Beach Oceans Tower, Inc. ("Daytona Tower").

This is a hurricane damage dispute. QBE insured Daytona Tower's condominium building, which suffered damage during Hurricane Frances in 2004. Daytona Tower contends the damages were caused by wind; QBE contends that some or all of the damage was caused by water, and therefore not covered by its policy. Abboud was retained by Daytona Tower to provide an expert opinion on the weather conditions – and in particular, wind speeds – during the hurricane. Abboud utilized satellite images, weather history data and other publicly available information to calculate wind speeds for the hurricane and weather events (such as tornadoes and microbursts) that it spawned, as well as the speed at which they were moving, all in an effort to estimate the sustained wind speeds experienced at the building site during the storm.

QBE raises two primary objections to Abboud's testimony. QBE complains that Abboud destroyed his calculations after creating his expert report, making it impossible for QBE to

properly investigate the report and cross-examine him as to its conclusions.  However, Abboud has recreated those calculations and made them available to QBE, solving that problem.  QBE also complains that Abboud, a nuclear engineer, has no formal education in wind or weather and is not qualified as an expert in these areas.  However, QBE ignores Abboud's experience in weather back-casting, as well as his undergraduate experience in hydrodynamics, energy systems, and how weather affects energy systems and structures, among other things.  Abboud is qualified.

Accordingly, it is hereby **ORDERED** that the Amended Motion to Strike Plaintiff's Expert Witness (Doc. 38) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 30, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party